# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1814

_____

Matt Padavich, personal     *
representative of Christopher     *
Padavich as beneficiary of Life     *
Insurance Policy on the Life of     *
Virginia Padavich,     *

    *   Appeal from the United States
       Appellant,     *   District Court for the
    *   Southern District of Iowa.
       v.     *

    *   [UNPUBLISHED]

Hartford Life Insurance Company,     *
Successor Continental Casualty     *
Company; U.S. Bank, Successor     *
Firstar; Affinion Benefits Group, LLC,     *
    *
       Appellees.     *

_____

Submitted:  November 1, 2011
Filed:  November 10, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Matt Padavich appeals the district court's[1] adverse grant of summary judgment, in which the court concluded that his son's estate was not entitled to the benefits of a life insurance policy under which the son had been a beneficiary, because it was beyond genuine dispute that the policy had been cancelled prior to the insured's death. Upon careful consideration of the parties' arguments on appeal, and de novo review of the evidence that was before the district court, see Raines v. Safeco Ins. Co. of Am., 637 F.3d 872, 875 (8th Cir. 2011) (standard of review), we conclude that no genuine issue of material fact remained and defendants were entitled to judgment as a matter of law. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.